UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES CARNICELLI, JR., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN J. FARERI, JULIE FARERI, CHRISTOPHER SHESKIER, and THE GATEWAY DEVELOPMENT GROUP, INC., <br><br> Defendants; <br><br> and <br><br> JAMES CARNICELLI, JR., <br><br> Derivative Plaintiff, <br><br> vs. <br><br> JOHN J. FARERI, JULIE FARERI, and CHRISTOPHER SHESKIER, <br><br> Derivative Defendants, <br><br> and <br><br> THE GATEWAY DEVELOPMENT GROUP, INC., <br><br> Nominal Defendant | Civil Action No. 3:21-cv-00792-RNC <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> June 16, 2021 |

**OPPOSITION TO MOTION FOR TRANSFER OF VENUE**
**PURSUANT TO 28 U.S.C. § 1412 AND FED. R. BANKR. P. 7087**

Plaintiff James Carnicelli, Jr., by and through his undersigned counsel, respectfully requests that the Court deny the Motion for Transfer of Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 7087 filed by Howard P. Magaliff, as Chapter 7 trustee (the "Trustee") of the

1

bankruptcy estate of The Gateway Development Group, Inc. (Dkt. 8). The Trustee has failed to show that such a transfer is proper. A memorandum in support of Plaintiff's opposition is attached.

Respectfully submitted,
JAMES CARNICELLI, JR.

By:   /s/ Joseph M. Pastore III
Joseph M. Pastore III (ct11431)
Pastore & Dailey LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905
jpastore@psdlaw.net
Tel: (203) 658-8454
Fax: (203) 717-5550

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 16, 2021 a copy of the foregoing Opposition to Motion for Transfer of Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 7087 was served on the following parties by email and regular mail:

Irve J. Goldman, Esq.
Pullman & Comley – Bpt
850 Main St. P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

Howard P. Magaliff, Esq.
Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
(646) 453-7851
hmagaliff@r3mlaw.com

Timothy T. Corey, Esq.
Hinckley Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
(860) 278-3802
tcorey@hinckleyallen.com

Johanna A. Zelman, Esq.
FordHarrison LLP
CityPlace II Suite 610
185 Asylum Street
Hartford, CT 06103
(860) 578-2075
jzelman@fordharrison.com

                                                              */s/ Joseph M. Pastore*
                                                              Joseph M. Pastore