## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES CARNICELLI, JR., | : |
| Plaintiff, | : |
| vs. | : |
| JOHN J. FARERI, JULIE FARERI, CHRISTOPHER SHESKIER, and THE GATEWAY DEVELOPMENT GROUP, INC., | : Civil Action No. 3:21-cv-00792-RNC |
| Defendants; | : |
| and | : |
| JAMES CARNICELLI, JR., | : |
| Derivative Plaintiff, | : |
| vs. | : |
| JOHN J. FARERI, JULIE FARERI, and CHRISTOPHER SHESKIER, | : |
| Derivative Defendants, | : |
| and | : |
| THE GATEWAY DEVELOPMENT GROUP, INC., | : |
| Nominal Defendant | : July 16, 2021 |

### MOTION TO WITHDRAW PLAINTIFF'S
### MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1452

Plaintiff James Carnicelli, Jr. ("Mr. Carnicelli"), by and through his undersigned counsel, respectfully moves the Court to withdraw his motion to remand this Action back to the Connecticut Superior Court in the Judicial District of Stamford/Norwalk at Stamford, without prejudice. The Motion was filed on June 16, 2021. See Dkt. No. 13.

1

After good faith discussions with the Chapter 7 Trustee, Mr. Carnicelli has also agreed to (i) file a motion to withdraw his opposition to the Trustee's motion to transfer venue in this Action and (ii) file a motion to withdraw the motion to dismiss filed in the related bankruptcy case, *In re The Gateway Development Group, Inc.* Case No. 21-222304 (RDD).

                              Respectfully submitted,
                              JAMES CARNICELLI, JR.

By:    */s/ Joseph M. Pastore III*
        Joseph M. Pastore III (ct11431)
        Pastore & Dailey LLC
        4 High Ridge Park, Third Floor
        Stamford, CT 06905
        jpastore@psdlaw.net
        Tel: (203) 658-8454
        Fax: (203) 717-5550

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2021 a copy of the foregoing Motion to Withdraw the Motion to Remand was served on the following parties by email:

Irve J. Goldman, Esq.
Pullman & Comley – Bpt
850 Main St. P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2213
igoldman@pullcom.com

Howard P. Magaliff, Esq.
Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
(646) 453-7851
hmagaliff@r3mlaw.com

Timothy T. Corey, Esq.
Hinckley Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
(860) 278-3802
tcorey@hinckleyallen.com

Johanna A. Zelman, Esq.
FordHarrison LLP
CityPlace II Suite 610
185 Asylum Street
Hartford, CT 06103
(860) 578-2075
jzelman@fordharrison.com

*/s/ Joseph M. Pastore*
Joseph M. Pastore