

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

August 27, 2021

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  Carnicelli v. Fareri et al
Civil Docket No.:  3:21-cv-00792-RNC

## NOTICE OF TRANSFER

The above-captioned case has been transferred to your court pursuant to an order entered on August 2, 2021.  For reference, please note the following:

☒ The file is in electronic format unless otherwise noted below.  You may access the electronic docket and the case file through our website at https://ecf.ctd.uscourts.gov/, using your PACER login/password.

Items enclosed:

☐ Original documents not otherwise filed electronically

☒ Certified copy of the electronic docket sheet

☐ Certified copy of the Order of Transfer to your jurisdiction

A duplicate notice is provided to acknowledge receipt of this notice and the enclosed documents.  Please complete the acknowledgment and return it to this office.

Sincerely,

ROBIN D. TABORA, Clerk
By

 /s/ Michael Bozek
Michael Bozek
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____    DATE: _____

PRINTED NAME: _____    CIVIL CASE NO.: _____